1
2
3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

4
5
6
7
8
9
10

| | |
|---|---|
| THOMAS JOSEPH GODDARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHROPIC, et al.,<br><br>　　　　Defendants. | Case No. 4:26-cv-01044<br><br>**[PROPOSED] ORDER GRANTING TESLA, INC.'S MOTION FOR SCREENING PURSUANT TO 28 U.S.C. § 1915(E)(2)(B); MOTION TO DISMISS UNDER RULE 8; OR MOTION FOR MORE DEFINITE STATEMENT UNDER RULE 12(E)** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Tesla, Inc's Motion for Screening Pursuant to 28 U.S.C. § 1915(e)(2)(B); Motion to Dismiss Under Rule 8; or Motion for More Definite Statement Under Rule 12(e) ("Motion"), the Court orders as follows:

The Court GRANTS Tesla, Inc.'s Motion and hereby DISMISSES Tesla, Inc from the above-entitled action.

**SO ORDERED.**

DATED:

_____

Hon. Beth L. Freeman

United States District Court Judge