1  A. Louis Dorny (CA Bar No. 212054)
   ldorny@tesla.com
2  Terry W. Ahearn (CA Bar No. 216543)
   tahearn@tesla.com
3  Helen Trac (CA Bar No. 285824)
4  htrac@tesla.com

5  TESLA, INC.
   1501 Page Mill Rd.
6  Palo Alto, CA 94304
   Tel: 510-298-8516
7
   Attorneys for Defendant
8  TESLA, INC.

9
## UNITED STATES DISTRICT COURT
10
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION
11

12 | THOMAS JOSEPH GODDARD, | Case No. 4:26-cv-01044 |

13 | Plaintiff, | **TESLA'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

14 | v. |

15 | ANTHROPIC, et al., |

16 | Defendants. |

17

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Tesla Inc. hereby withdraws its Motion to Dismiss the First Amended Complaint.

Dated:  March 13, 2026

By: */s/  Helen Trac*

A. Louis Dorny (CA Bar No. 212054)
ldorny@tesla.com
Terry W. Ahearn (CA Bar No. 216543)
tahearn@tesla.com
Helen Trac (CA Bar No. 285824)
htrac@tesla.com

Attorneys for Plaintiff
TESLA, INC.