**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

THOMAS JOSEPH GODDARD,

          Plaintiff,

   v.

ANTHROPIC PBC, et al.,

          Defendants.

Case No.  5:26-cv-01044-BLF

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT**

[Re: ECF No. 34]

Plaintiff, proceeding pro se, moved for entry of default against various Defendants. *See* ECF No. 34.  Plaintiff is not entitled to entry of default because there is no operative pleading in this action, as the Court screened and dismissed the first amended complaint, *see* ECF No. 28, and granted Plaintiff's request for a sixty-day extension to file the second amended complaint, *see* ECF Nos. 33, 35.  The request for entry of default is accordingly DENIED.

    **IT IS SO ORDERED.**

Dated:  April 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California