United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

THOMAS JOSEPH GODDARD,

          Plaintiff,

    v.

ANTHROPIC PBC, et al.,

          Defendants.

Case No.  5:26-cv-01044-BLF

**ORDER DENYING ADMINSITRATIVE MOTION**

[Re: ECF No. 42]

Pro se Plaintiff Thomas Joseph Goddard has filed a motion for administrative relief, requesting that the Court issue an order directing Defendants to take certain actions in response to a different case in this district.  ECF No. 42 at 2.  The request is inappropriate, as there is no operative pleading in this action, which has been stayed until June 8, 2026, at Mr. Goddard's request.  See ECF No. 35.  The motion is accordingly DENIED.

    **IT IS SO ORDERED.**

Dated:  April 28, 2026

_____
BETH LABSON FREEMAN
United States District Judge