**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

THOMAS JOSEPH GODDARD,

        Plaintiff,

   v.

ANTHROPIC PBC, et al.,

        Defendants.

Case No.  5:26-cv-01044-BLF

**ORDER DENYING MOTIONS TO LIFT STAY**

[Re: ECF Nos. 44, 45, 46]

On April 7, 2026, at pro se Plaintiff Stephen Turner's request, the Court stayed this action until June 8, 2026, and extended Mr. Turner's deadline to file a second amended complaint to June 18, 2026.  ECF No. 35.  Mr. Turner subsequently filed an "administrative motion" requesting that the Court enjoin Defendants from a variety of actions, see ECF No. 43, which the Court denied, explaining that the action is stayed and does not have any operative pleading.  ECF No. 42.  Mr. Turner has now filed three separate motions requesting that the Court "temporarily lift" the stay, accept one of the exhibits filed at ECF No. 45-2 or ECF No. 46-2 as the second amended complaint, reinstate the stay, and grant the denied relief.  *See* ECF Nos. 44, 45, 46.  The motions are DENIED.  In accordance with the Court's April 7, 2026, order, Mr. Turner SHALL file a single second amended complaint no later than June 18, 2026, with the stay to remain in effect until June 8, 2026.

    **IT IS SO ORDERED.**

Dated:  May 4, 2026

_____
BETH LABSON FREEMAN
United States District Judge