**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

THOMAS JOSEPH GODDARD,

      Plaintiff,

   v.

ANTHROPIC PBC, et al.,

      Defendants.

Case No.  5:26-cv-01044-BLF

**ORDER TERMINATING STAY**

Plaintiff, proceeding pro se, filed a motion for administrative relief based on his involuntary hospitalization on April 6, 2026, which the Court on April 7, 2026, granted in part and denied in part, staying proceedings until June 8, 2026.  ECF No. 35.  Since then, Plaintiff has filed a second amended complaint (ECF No. 48), Defendant Tesla Inc., has filed a motion to dismiss (ECF No. 55), and Plaintiff has filed an opposition brief (ECF No. 58).  It appears that there is no need for continuing the stay, so the Court TERMINATES the stay.

**IT IS SO ORDERED.**

Dated:  May 22, 2026

_____
BETH LABSON FREEMAN
United States District Judge