**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS JOSEPH GODDARD, | Case No.  5:26-cv-01044-BLF |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANTHROPIC PBC, et al., | |
| Defendants. | |

Plaintiff's second amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that

Judgment is entered for Defendants Anthropic PBC, Dario Amodei, Sam Altman, Open AI Group, Elon Musk, Space Exploration Technologies Corp., Tesla, Inc., and Reid Hoffman and against Plaintiff Thomas Joseph Goddard.

Dated: June 1, 2026

_____

BETH LABSON FREEMAN
United States District Judge